**Order entered January 30, 2023**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-01123-CR

### ROBERT CHAD EUBANK, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-83513-2017**

## ORDER

Before the Court is appellant's January 26, 2023 motion for extension of time to file his response to counsel's *Anders* brief and motion to withdraw. Appellant's response is due March 6, 2023. In the motion, appellant states he requires additional time to file his response because he has not received all of the documents related to his case from his former attorney, Heather Barbieri. Appellant requests the time for his pro se response to the motion to withdraw and *Anders* brief be extended to June 15, 2023. Appellant has not shown how any

documents from his former attorney that are not part of the appellate record may be considered on appeal. *See Leza v. State*, 351 S.W.3d 344, 362 n.78 (Tex. Crim. App. 2011) (appellate court may not consider extra-record materials). This Court has received certification from appellant's attorney on appeal, Lara Bracamonte Davila, that she sent appellant a copy of the clerk's record and reporter's record on November 2, 2022. Accordingly, appellant's motion for extension of time to file appellant's pro se response to counsel's motion to withdraw and *Anders* brief is **DENIED**. Appellant's pro se response is due **MARCH 6, 2023**.

Appellant's motion also requests that a special master be appointed to determine whether a photograph of spandex shorts with measuring devices along the top and left sides of the photograph had been sent to appellant's former attorney Kent Star and whether it was backed up to a backup device. We **DENY** appellant's request for a special master. *See Leza*, 351 S.W.3d at 362 n.78 (appellate court cannot consider extra-record materials).

/s/    DENNISE GARCIA
JUSTICE